FRANK MACALUSO AND ANTHONY MACALUSO, PARTNERS, TRADING AS THE PATERSON-PALISADES SIGHTSEEING COMPANY, PROSECUTORS, v. THE BOARD OF PUBLIC UTILITY COMMISSIONERS, DEFENDANTS.

Argued May term, 1928—Decided July 10, 1928.

Before Justices MINTURN, BLACK and CAMPBELL.

For the prosecutors, *Weinberger & Weinberger.*

*Contra, William H. Speer.*

PER CURIAM.

After consideration of the facts in this case as presented by the petition, and the argument of counsel, we cannot say that the action of the board of public utility commissioners was either unreasonable or an abuse of power, but was entirely discretionary on their part in the absence of a clear abuse of power.

The application for a writ of *certiorari* will therefore be denied.